S. A. OLSNESS, as Commissioner of Insurance of the State of North Dakota, Acting for and in Behalf of the State Bonding Fund of the State of North Dakota, Appellant, v. L. R. BAIRD, as Receiver of the First State Bank of Amidon, North Dakota, and J. S. Douglas, Respondents.

(201 N. W. 996.)

PER CURIAM. This case was submitted with Olsness, as Commis-

sioner of Ins. v. Baird, as Receiver, 52 N. D. 1, 201 N. W. 993, and it was stipulated between the parties that the decision in that case should control this case. Hence, on the authority of that case, the judgment appealed from is affirmed.

CHRISTIANSON, JOHNSON, NUESSLE, and BIRDZELL, JJ., concur.

BRONSON, Ch. J., dissents.